443 A.2d 374

Commonwealth v. Owens, Appellant.

Argued September 10, 1980. L. Carter Anderson, for appellant; Kenneth Gallant, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.